**Order entered July 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00747-CV

**SHIVER CONSTRUCTION COMPANY, Appellant**

**V.**

**TUCKER ALBIN & ASSOCIATES, INC., Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-05524-D**

## ORDER

In light of the Court's opinion of this date, we **DENY** as moot appellant's motion to extend time to file notice of appeal.

/s/    ADA BROWN
        JUSTICE